UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAUN CECIL HAYGOOD,<br><br>             Petitioner,<br><br>    v.<br><br>J. GASTELO,<br><br>             Respondent. | Case No. 5:19-cv-01527-CAS-JC<br><br>(~~PROPOSED~~)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and accompanying documents, the August 21, 2019 Order to Show Cause and petitioner's Response thereto, and all of the records herein, including the December 18, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. To the extent petitioner contends he is entitled to an evidentiary hearing, this contention lacks merit. See Tapia v. Roe, 189 F.3d 1052, 1058 (9th Cir. 1999) (petitioner not entitled to evidentiary hearing

because allegations, if proven, would not entitle him to relief).  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that the Petition and this action are dismissed with prejudice because petitioner's claims are time-barred and that Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and any counsel for respondent.

DATED: January 9, 2020

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE