UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAUN CECIL HAYGOOD, | ) | Case No. 5:19-cv-01527-CAS-JC |
| | ) | ~~(PROPOSED)~~ |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| J. GASTELO, | ) | |
| | ) | |
| Respondent. | ) | |

_____

 Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed with prejudice.

 DATED:  January 9, 2020

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE